In the Matter of the General Assignment for the Benefit of Creditors of REPUBLIC PIPE AND IRON CORPORATION, Assignor, to AARON L. PALMER, Assignee, Respondent; WALTER E. GUTHRIE, Trustee, Appellant.— Order reversed on the law and the facts, without costs, and motion to vacate order in so far as it confirms the account of the assignee and directs payments of allowances granted, without costs. The matter of the disposition of assets is one for determination in the Federal court. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

NELSON V. LORING, Respondent, v. KUO C. LI, Appellant.—Appeal dismissed, with ten dollars costs and disbursements. (Brown v. Cadmus Holding Corp., 238 App. Div. 867.) Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

HUGH MERRILL, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent. — Order denying plaintiff's motion for a preference affirmed, without costs. No opinion. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., not voting.